SAMUEL M. SCHWAB, JR., et al., Copartners, under the Firm
Name of S. M. SCHWAB, JR., & Co., Respondents, *v.*
FREDERIC A. OATMAN et al., Doing Business as the MER-
CANTILE WAREHOUSE COMPANY, Appellants.

*Schwab* v. *Oatman*, 129 App. Div. 274, reversed.
(Argued March 2, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 26, 1908, affirming a judgment in favor of plaintiffs
entered upon a decision of the court at a Trial Term, a jury
having been waived, in an action of replevin.

35

*John P. Elder* and *Edward S. Clinch* for appellants.

*Frederick F. Neuman* for respondents.

Judgment reversed, new trial granted, costs to abide event, on dissenting opinion of McLaughlin, J., below.

Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Werner and Willard Bartlett, JJ. Dissenting: Hiscock, J. Absent: Chase, J.